RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
E-mail: jonathan.m.hauck@usdoj.gov
Western.taxcivil@usdoj.gov

Of Counsel:
McGREGOR W. SCOTT
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cv-00479-LJO-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE INITIAL SCHEDULING CONFERENCE** |
| v. | |
| PATRICIAL JEAN LAFORCE, INDIVIDUALLY, AND AS THE TRUSTEE OF THE PATRICIA JEAN LAFORCE SEPARATE PROPERTY TRUST, THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, and THE COUNTY OF STANISLAUS, | |
| Defendants. | |

Plaintiff, the United States of America, and Defendants, Patricia Jean LaForce, the

1

United States of America v. LaForce et al.,
No. 1:19−CV−00479−LJO−BAM

Patricia Jean LaForce Separate Property Trust, the State of California Franchise Tax Board, and the County of Stanislaus (collectively the Parties), each through their respective counsel, hereby stipulate and agree as follows:

1. Pursuant to the Court's order (ECF No. 4), a Mandatory Scheduling Conference is currently scheduled for July 11, 2019 at 9:00AM.
2. Counsel for the United States has been in contact with counsel for each defendant, and the Parties believe that this action will resolve by stipulation within the next 30 days.
3. The Parties understand that the Court's next available date for a Scheduling Conference is September 25, 2019.
4. In an effort to conserve the Parties' and judicial resources, the Parties request that the Court continue the Scheduling Conference to September 25, 2019, so that parties may attempt to settle this action in its entirety prior to the Scheduling Conference.

//

//

//

The parties so agree and request an order confirming the foregoing.

DATED this 28th day of June, 2019.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

| | |
|---|---|
| */s/ Jonathan M. Hauck* | */s/ Craig D. Rust* |
| JONATHAN M. HAUCK | (as authorized via email on June 28, 2019) |
| Trial Attorney, Tax Division | CRAIG D. RUST |
| U.S. Department of Justice | Deputy Attorney General |
| P.O. Box 683 | California Department of Justice |
| Washington, D.C. 20044 | 1300 I Street |
| 202-616-3173 (v) | Sacramento, CA 95814 |
| 202-307-0054 (f) | Phone: 916-210-7359 |
| jonathan.m.hauck@usdoj.gov | Fax: 916-324-5205 |
| *Attorneys for the United States of America* | *Attorney for the State of California, Franchise Tax Board* |
| */s/Richard A. Harris* | |
| (as authorized via email on June 28, 2019) | */s/ Daniel Solish* |
| RICHARD A. HARRIS | (as authorized via email on June 28, 2019) |
| WILD, CARTER & TIPTON | DANIEL SOLISH |
| 246 W. Shaw Avenue | Deputy County Counsel |
| Fresno, California 93704 | Stanislaus County Counsel |
| rharris@wctlaw.com | 1010 10th St., Suite 6400 |
| Telephone: 559-224-2131 | Phone: 209-525-6376 |
| Facsimile: 559-224-8462 | Fax: 209-525-4473 |
| *Attorney for Patricia Jean LaForce and the Patricia Jean LaForce Separate Property Trust* | *Attorney for Stanislaus County* |

3

United States of America v. LaForce et al.,
No. 1:19−CV−00479−LJO−BAM

ORDER

Pursuant to the stipulation of the parties, and good cause appearing the Scheduling Conference currently set for July 11, 2019, is HEREBY CONTINUED to **September 25, 2019 at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. A Joint Scheduling Report, carefully prepared and executed by all counsel and which meets the requirements set forth in the Court's Order Setting Mandatory Scheduling Conference (Doc. No. 4), shall be filed one (1) full week prior to the conference. The parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866**. If the parties file a notice of settlement prior to the conference, then the conference will be vacated. However, if the parties are unable to reach a settlement, then the conference will proceed.

IT IS SO ORDERED.

Dated: **July 1, 2019**           /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE