RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
E-mail:     jonathan.m.hauck@usdoj.gov
            Western.taxcivil@usdoj.gov

Of Counsel:
McGREGOR W. SCOTT
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> PATRICIAL JEAN LAFORCE, INDIVIDUALLY, AND AS THE TRUSTEE OF THE PATRICIA JEAN LAFORCE SEPARATE PROPERTY TRUST, THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, and THE COUNTY OF STANISLAUS, <br>     Defendants. | Case No. 1:19-cv-00479-LJO-BAM <br><br> **STIPULATION TO PRIORITY BETWEEN UNITED STATES AND THE COUNTY OF STANISLAUS AND PROPOSED ORDER** |

Pursuant to L.R. 137 and L.R. 143, Plaintiff, the United States of America, and defendant the County of Stanislaus (Stanislaus County) agree as follows:

1

United States of America v. LaForce et al.
No. 1:19−CV−00479−LJO−BAM

1. This Stipulation concerns the real property described in paragraph 9 of the United States' First Amended Complaint in this case. (ECF No. 6) The real property is known as the "Subject Property." The subject property is located within Stanislaus County.

2. Stanislaus County imposes property taxes upon the assessed value of real property within the County. Any Stanislaus County lien on the Subject Property shall remain until any and all real property taxes due and owing, along with all penalties and costs, are paid in full.

3. To the extent that property taxes imposed by Stanislaus County have become due and payable, but have not been paid, pursuant to 26 U.S.C. § 6323(b)(6) ) and California Revenue and Tax Code § 2192.1, those property taxes have priority over the United States' interest in the Subject Property. In the event the Subject Property is sold pursuant to an order of the Court, the United States agrees that proceeds of sale shall be applied to satisfy any property taxes, including all penalties and costs, on the Subject Property due and payable before being applied to satisfy the United States' liens or any other interest in the Subject Property.

4. The parties agree to bear their own costs and fees.

5. Stanislaus County received a copy of the United States' First Amended Complaint and was served with a summons (ECF No. 8), and agrees that this Court has jurisdiction over the res of the Subject Property.

6. Except as stated herein, Stanislaus County consents to judgment as requested in the United States' Complaint.

7. Stanislaus County was named as a defendant in this action under 26 U.S.C. § 7403(b). The United States claims no monetary relief against Stanislaus County in this action. Unless otherwise ordered by the Court, Stanislaus County is excused from further participation

2

United States of America v. LaForce et al.
No. 1:19−CV−00479−LJO−BAM

in this case. Stanislaus County agrees to be bound by the judgment in this case, which shall incorporate the terms of this stipulation.

8. The United States and Stanislaus County jointly request the Court to approve this stipulation.

DATED this 13th day of September, 2019.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Jonathan Hauck*
JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
Jonathan.m.hauck@usdoj.gov
*Attorneys for the United States of America*

*/s/ Daniel Solish*
(as authorized via email on September 13, 2019)
DANIEL SOLISH
Deputy County Counsel
Stanislaus County Counsel
1010 10th St., Suite 6400
Phone: 209-525-6376
Fax: 209-525-4473
*Attorney for Stanislaus County*

IT IS SO ORDERED.

Dated:   **September 16, 2019**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

3

United States of America v. LaForce et al.
No. 1:19−CV−00479−LJO−BAM