RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
E-mail:  jonathan.m.hauck@usdoj.gov
        Western.taxcivil@usdoj.gov

Of Counsel:
McGREGOR W. SCOTT
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICIAL JEAN LAFORCE, INDIVIDUALLY, AND AS THE TRUSTEE OF THE PATRICIA JEAN LAFORCE SEPARATE PROPERTY TRUST, THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, and THE COUNTY OF STANISLAUS,<br><br>    Defendants. | Case No. 1:19-cv-00479-LJO-BAM<br><br>**STIPULATION TO PRIORITY BETWEEN UNITED STATES AND THE STATE OF CALIFORNIA FRANCHISE TAX BOARD AND PROPOSED ORDER** |

Pursuant to L.R. 137 and L.R. 143, Plaintiff, the United States of America, and defendant the State of California Franchise Tax Board (FTB) agree as follows:

1

1. This Stipulation concerns the real property described in paragraph 9 of the United States' First Amended Complaint in this case. (ECF No. 6) The real property is known as the "Subject Property." The subject property is located within Stanislaus County.

2. Both the United States and the FTB have an interest in the Subject Property by virtue of recorded liens which encumber the property. In the event the Subject Property is sold pursuant to an order of the Court, the United States and the FTB agree that proceeds of sale shall be applied to satisfy any property taxes on the Subject Property, which is due and payable, before being applied to satisfy any taxes owed to the United States or the FTB.

3. After the property taxes on the Subject Property are satisfied, the United States and FTB agree that the funds will then be applied to Ms. LaForce's outstanding income tax liabilities as follows: first, to the FTB for Ms. LaForce's total outstanding income liabilities for tax year 2006; second, to the United States for Ms. Laforce's total outstanding income tax liabilities for tax year 2007; third to the FTB for Ms. Laforce's total outstanding income liabilities for tax year 2007; fourth, to the United States for Ms. LaForce's total outstanding income tax liability for tax years 2008, 2010, and 2011; fifth, to the FTB for Ms. LaForce's total outstanding income liabilities for tax years 2010, 2011, 2012, 2014, 2015, and 2016; and finally, to the United States for Ms. LaForce's total outstanding income tax liabilities for tax years 2013, 2014, 2015, and 2016. The parties agree to exchange current payoff information for each tax year at issue upon the sale of the Subject Property in order to file a joint proposed order of distribution.

4. The parties agree to bear their own costs and fees.

2

United States of America v. LaForce et al.
No. 1:19−CV−00479−LJO−BAM

5. The FTB received a copy of the United States' Complaint and was served with a summons (ECF No. 9), and agrees that this Court has jurisdiction over the res of the Subject Property.

6. Except as stated herein, the FTB consents to judgment as requested in the United States' Complaint.

7. The FTB was named as a defendant in this action under 26 U.S.C. § 7403(b). The United States claims no monetary relief against the FTB in this action. Unless otherwise ordered by the Court, the FTB is excused from further participation in this case until such time as a proposed order of distribution may be filed. The FTB agrees to be bound by the judgment in this case, which shall incorporate the terms of this stipulation.

8. The United States and the FTB jointly request the Court to approve this stipulation.

DATED this 13 day of September, 2019.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Jonathan Hauck*
JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
Jonathan.m.hauck@usdoj.gov

*Attorneys for the United States of America*

3

United States of America v. LaForce et al.
No. 1:19−CV−00479−LJO−BAM

*/s/ Craig D. Rust*
(as authorized on September 13, 2019)
CRAIG D. RUST
Deputy Attorney General
California Department of Justice
1300 I Street
Sacramento, CA 95814
Phone: 916-210-7359
Fax: 916-324-5205
*Attorney for the State of California,*
*Franchise Tax Board*

IT IS SO ORDERED.

Dated: **September 16, 2019**          /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE

4