|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 1:19-cv-00479-LJO-BAM |
| Plaintiff, | ) | |
| | ) | **PARTIAL JUDGMENT** |
| v. | ) | |
| | ) | |
| PATRICIAL JEAN LAFORCE, INDIVIDUALLY, AND AS THE TRUSTEE OF THE PATRICIA JEAN LAFORCE SEPARATE PROPERTY TRUST, THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, and THE COUNTY OF STANISLAUS, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the stipulation between Plaintiff the United States and Defendant, Patricia Jean LaForce, JUDGMENT is hereby entered for the First Claim for Relief stated in the First

1

Amended Complaint (ECF No. 6) as follows:

1. Judgment is entered against Defendant Patricia Jean LaForce, and for the United States of America in the amount of $285,856.82 for unpaid personal tax liabilities, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from April 22, 2019, until the judgment is paid.
2. Each party shall be liable for its own costs of litigation and attorneys' fees.
3. This case shall remain OPEN until further order of the Court.

IT IS SO ORDERED.

Dated: **November 7, 2019**         /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

2

United States of America v. LaForce et al.
No. 1:19−CV−00479−LJO−BAM