RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
E-mail:   jonathan.m.hauck@usdoj.gov
          Western.taxcivil@usdoj.gov

Of Counsel:
McGREGOR W. SCOTT
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICIAL JEAN LAFORCE, ) <br> INDIVIDUALLY, AND AS THE TRUSTEE ) <br> OF THE PATRICIA JEAN LAFORCE ) <br> SEPARATE PROPERTY TRUST, ) <br> THE STATE OF CALIFORNIA FRANCHISE ) <br> TAX BOARD, and ) <br> THE COUNTY OF STANISLAUS, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:19-cv-00479-LJO-BAM <br><br> **JOINT MOTION FOR STAY AND ORDER** |

Plaintiff, the United States of America, and Defendants, Patricia Jean LaForce, and the

1

Patricia Jean LaForce Separate Property Trust (collectively the Parties), jointly move the Court for a stay of this action through for six months, and state as follows:

1. The United States of America filed this action to reduce to judgment federal tax assessments against Defendant Patricia Jean LaForce (LaForce) and to foreclose federal tax liens against certain real property in paragraph 9 of the First Amended Complaint (ECF No. 6) (FAC).

2. Each of the Defendants has reached a resolution with the United States that has obviated the need for trial, and will likely render the issue moot. In effort to maximize the value LaForce will receive for the real property at issue in this case, the parties seek to stay this action for six months to allow LaForce to sell her property.

3. Accordingly, the parties expect that this matter will be dismissed with prejudice within six months. In the event that the property at issue is not sold during the stay, the United States will file a Stipulated Order of Foreclosure and Judicial Sale.

4. Until the Property is sold, LaForce shall take all reasonable steps necessary to preserve the residence and the vacant lot (including all buildings, improvements, fixtures, and appurtenances thereon) including, without limitation, maintaining fire and casualty insurance policies on the Subject Property. She shall keep current in paying real property taxes as they are assessed by Stanislaus County, California. She shall not commit waste against the Subject Property, nor shall she cause or permit anyone else to do so. She shall not do anything that tends to reduce the value or marketability of the Subject Property, nor shall she cause or permit anyone else to do so. She shall not record any instruments, publish any notice, or take any other action that may directly or indirectly tend to adversely affect the value of the Subject Property or that may tend to deter or discourage potential bidders from participating in the public sale, nor shall

2

United States of America v. LaForce et al.
No. 1:19−CV−00479−LJO−BAM

1. she cause or permit anyone else to do so.

5. The Parties agree that a violation of paragraph 4 shall be deemed a contempt of Court and punishable as such. The 6-month stay created by this Order shall be lifted by the Court in the event any of the provisions of paragraph 4 are violated.

6. Pursuant to Court orders dated September 16, 2019, (ECF Nos. 16 and 17, respectively) the County of Stanislaus and the State of California Franchise Tax Board have been excused from further participation in this case unless otherwise ordered by the Court.

//

//

//

//

//

//

//

//

3

United States of America v. LaForce et al.
No. 1:19−CV−00479−LJO−BAM

WHEREFORE the parties jointly move for a stay of this action and all of deadlines for six months.

DATED this 6th day of November, 2019.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

| | |
|---|---|
| */s/ Jonathan M. Hauck* | */s/Richard A. Harris* |
| JONATHAN M. HAUCK | (as authorized via email on |
| Trial Attorney, Tax Division | November 5, 2019) |
| U.S. Department of Justice | RICHARD A. HARRIS |
| P.O. Box 683 | WILD, CARTER & TIPTON |
| Washington, D.C. 20044 | 246 W. Shaw Avenue |
| 202-616-3173 (v) | Fresno, California 93704 |
| 202-307-0054 (f) | rharris@wctlaw.com |
| jonathan.m.hauck@usdoj.gov | Telephone: 559-224-2131 |
| *Attorneys for the United States of America* | Facsimile: 559-224-8462 |
| | *Attorney for Patricia Jean LaForce* |
| | *and the Patricia Jean LaForce Separate* |
| | *Property Trust* |

4

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing, this action is HEREBY STAYED for six (6) months from the date of this Order. Plaintiff shall file a status report seven days in advance of the expiration of the stay providing a status of the proposed resolution.

IT IS SO ORDERED.

Dated: __November 12, 2019__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

5

United States of America v. LaForce et al.
No. 1:19−CV−00479−LJO−BAM