Richard A. Harris (053708)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295

Attorneys for Defendants,
PATRICIA JEAN LAFORCE AND
PATRICIA JEAN LAFORCE SEPARATE PROPERTY TRUST

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>PATRICIA JEAN LAFORCE, INDIVIDUALLY, AND AS THE TRUSTEE OF THE PATRICIA JEAN LAFORCE SEPARATE PROPERTY TRUST, THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, and THE COUNTY OF STANISLAUS,<br><br>  Defendants. | Case No.: 1:19-cv-00479-NONE-BAM<br><br>**JOINT MOTION FOR EXTENSION OF STAY AND ORDER** |

Plaintiff, the United States of America, and Defendants, Patricia Jean LaForce (LaForce), and the Patricia Jean LaForce Separate Property Trust (collectively the Parties) jointly move the Court for an extension of the stay previously ordered on November 12, 2019 for six (6) months, and state as follows:

1. On November 12, 2019 the Court ordered that this action be stayed for six (6) months, which was to expire on May 12, 2020, the terms of which are incorporated herein.

2. The purpose of the stay was to afford LaForce the opportunity to sell and maximize the value of her real property residence described in paragraph 9 of the First Amended Complaint

-1-

**United States of America v. LaForce et al. --- 1:19-cv-00479-LJO-BAM**

1. (EDF No. 6) (FAC) (referred to as the "Subject Property"), which is at issue in this case. The sale proceeds of the Subject Property will be applied to reduce the LaForce' tax liabilities set forth in the Stipulation for Judgment filed on November 6, 2019. However, the events of the global pandemic and the resulting shelter in place and distance spacing orders, have delayed the marketing and sale of the Subject Property. Realtors have been reluctant to list the Subject Property for sale because of the inability to show it to potential buyers.

3. Accordingly, LaForce is optimistic that the marketability of the Subject Property will improve over the course of the next six (6) months and that the Subject Property will be sold during the extended stay.

4. The Parties agree that all Orders previously made by the Court pursuant to its November 12, 2019 Order not inconsistent with this Order, shall remain in effect.

WHEREFORE the Parties jointly move that the stay of this action and all deadlines be extended for six (6) months from May 12, 2020.

DATED this 6th day of April, 2020.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

| | |
|---|---|
| */s/ Jonathan M. Hauck* | */s/ Richard A. Harris* |
| JONATHAN M. HAUCK | RICHARD A. HARRIS |
| Trial Attorney, Tax Division | WILD, CARTER & TIPTON |
| U.S. Department of Justice | 246 W. Shaw Avenue |
| P.O. Box 683 | Fresno, California 93704 |
| Washington, D,C, 20044 | rharris@wctlaw.com |
| 202-616-3173 (v) | Telephone: 559-224-2131 |
| 202-307-0054 (f) | Facsimile: 559-224-8462 |
| jonathan.m.hauck@usdoj.gov | *Attorney for Patricia Jean LaForce and* |
| *Attorneys for the United States of America* | *the Patricia Jean LaForce Separate* |
| *(as authorized via email on April 6, 2020)* | *Property Trust* |

**United States of America v. LaForce et al. --- 1:19-cv-00479-LJO-BAM**

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, this action is HEREBY STAYED until November 12, 2020. Plaintiff shall file a status report seven days in advance of the expiration of the stay providing a status of the proposed resolution.

IT IS SO ORDERED.

Dated: **April 7, 2020**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

**WILD, CARTER & TIPTON**
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131