UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICIA JEAN LAFORCE, INDIVIDUALLY, AND AS THE TRUSTEE OF THE PATRICIA JEAN LAFORCE SEPARATE PROPERTY TRUST, THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, and THE COUNTYOF STANISLAUS,<br><br>  Defendants. | Case No. 1:19-cv-00479-NONE-BAM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 26.)<br><br>**FOURTEEN (14) DAY DEADLINE** |

   Plaintiff United States of America ("Plaintiff") filed this action on April 11, 2019, to reduce to judgment federal tax assessments against Defendant Patricia Jean LaForce and to foreclose federal tax liens against certain real property. (Doc. No. 1.) On May 2, 2019, a First Amended Complaint was filed. (Doc. No. 6.) On November 12, 2019, the Court approved the parties' stipulation to stay this matter for six months pending the sale of the subject property. (Doc. No. 23.) On April 7, 2020, the Court approved an extension of the stay for an additional six months to November 12, 2020. (Doc. No. 26.) The Court further directed Plaintiff to file a written status report no later than seven (7) days before the expiration of the stay. (*Id.*) The stay

expired on November 12, 2020, and no status report has been filed.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why sanctions should not be imposed for its failure to comply with the Court's order requiring the submission of a status report no later than seven (7) days before the expiration of the stay. Plaintiff shall file a written response to this order to show cause within **fourteen (14) days** of service of this order. Plaintiff may also comply with this order by filing the required status report and also explain why a status report was not timely filed..

**Failure to respond to this order to show cause may result in the imposition of sanctions on counsel or parties who contribute to violation of the Court's order.**

IT IS SO ORDERED.

Dated:   **November 30, 2020**           /s/ *Barbara A. McAuliffe*   _
                                         UNITED STATES MAGISTRATE JUDGE

2