UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICIA JEAN LAFORCE, INDIVIDUALLY, AND AS THE TRUSTEE OF THE PATRICIA JEAN LAFORCE SEPARATE PROPERTY TRUST, THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, and THE COUNTYOF STANISLAUS,<br><br>    Defendants. | Case No. 1:19-cv-00479-NONE-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. No. 26.) |

On November 30, 2020, the Court issued an Order to Show Cause directing counsel for Plaintiff United States of America to show cause in writing why sanctions should not be imposed for the failure to comply with the Court's order requiring submission of a status report no later than seven (7) days before the expiration of the stay. (Doc. No. 28.) On December 1, 2020, counsel Jonathan M. Hauck filed a written response to the show cause order. In his response, Mr. Hauck details his efforts to communicate with Counsel for defendant, Patricia LaForce, Richard A. Harris. (Doc. No. 29). Mr. Hauck explains that he was anticipating a payment of the judgment amount from Defendant LaForce. (*Id.* at 2-3.) Mr. Hauck also detailed that the payment was received on December 1, 2020 and that he anticipates filing a satisfaction of judgment by the end of December 2020. (*Id.* at 3.)

Having considered the response, the Order to Show Cause is HEREBY DISCHARGED.

No sanctions shall be imposed at this time. Plaintiff shall file a satisfaction of judgment and appropriate dismissal paperwork within forty (40) days of this order. If no satisfaction of judgment or dismissal paperwork is filed within forty (40) days of this order, Plaintiff shall file a status report with the Court.

IT IS SO ORDERED.

   Dated:     **December 3, 2020**                          /s/ *Barbara A. McAuliffe*            _
                                                                                                                                   UNITED STATES MAGISTRATE JUDGE